An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUDITH SCRASE,
Appellant,
vs.
BRIAN HANSON,
Respondent.

No. 62248

FILED

MAR 18 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Proper person appellant's "Motion to Vacate from the Court Calendar," which we construe as a motion to voluntarily dismiss this appeal, is granted. The parties are to bear their own costs and fees. NRAP 42(b). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Walter Cannon, Short Trial Judge
       Judith Scrase
       Kerry P. Faughnan
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-08043